IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO RODRIGUEZ
Plaintiff

v.

UNITED STATES OF AMERICA
Defendant

Civil No. 98-1043(PG)
[Criminal No. 96-306(PG)]

### ORDER TO SHOW CAUSE

On June 3, 1998, this Court issued an Order (**Docket No. 8**) requesting the production of the transcripts of the Change of Plea Hearing held on January 4, 1997, in Criminal No. 96-306(PG). The record reflects that Mr. Boabdil Vasquetelles was the Court Reporter. As of this date said transcripts have not been produced nor has Mr. Vasquetelles notified the Court the reason for the delay, even after numerous follow-ups and telephone calls.

Therefore, a hearing to afford Court Reporter Boabdil Vasquetelles an opportunity to **show cause** as to why sanctions should not be imposed, due to his failure to comply with the Order issued by the Court on June 3, 1998, **is now set for October 4, 1999, at 1:30 PM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of September, 1999.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

