IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO RODRIGUEZ
    Plaintiff

v.

Civil No. 98-1043(PG)

UNITED STATES OF AMERICA
    Defendant

### ORDER

Notice is to be taken that Mr. Boabdil Vasquetelles has complied with the Court's Order of June 3, 1998, by filing the transcript of the change of plea proceedings held in Criminal No. 96-306(PG).

The hearing to show cause set for October 4, 1999, at 1:30 PM, is **VACATED**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 4th day of October, 1999.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)