# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MAXIMO RODRIGUEZ :
    Plaintiff :
     :     Civil No.  98-1043(PG)
v. :
     :     [Criminal No. 96-306(PG)]
UNITED STATES OF AMERICA :
    Defendant :
_____ :

## ORDER

A copy of the transcripts of the Change of Plea and Sentencing Hearings filed under

Criminal No.96-306(PG) will be filed and made part of the record in the above-captioned

case which relates to defendant Rodríguez's § 2255 petition.

**SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of October, 1999.

**AIDA M.  DELGADO-COLON**
**U.S. Magistrate-Judge**

