IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MAXIMO RODRIGUEZ**
    Plaintiff

v.

**UNITED STATES OF AMERICA**
    Defendant

Civil No. 98-1043(PG)

[Criminal No. 96-306(PG)]

## ORDER

The Presentence Investigation Report which was made available in regards to Civil No. 98-1043(PG) will be returned to the U.S. Probation Office.

**SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of October, 1999.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

Received by [signature]