UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

MAXIMO RODRIGUEZ,  \*
    Petitioner,  \*
                         \*
    v.  \*  CIVIL NO. 98-1043(PG)
                         \*
UNITED STATES OF AMERICA,  \*
    Respondent.  \*

## JUDGMENT

On July 10, 2000 the Court entered an order approving and adopting the Magistrate-Judge's report and recommendation (Docket No. 15).

THEREFORE, it is hereby **ORDERED and ADJUDGED** that Máximo Rodriguez's petition under 28 U.S.C. § 2255 is hereby **DENIED** and the case is **DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _July 10_, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)